■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EFRON CHERRY, Appellant. — Judgment of the Supreme Court, Kings County (Golden, J.), rendered April 6, 1981, affirmed (*People v Harris,* 61 NY2d 9). Mollen, P. J., Weinstein, Brown and Boyers, JJ., concur.